No. 83–1145. SINGER *v.* GATES, SHERIFF-CORONER, COUNTY OF ORANGE, ET AL. C. A. 9th Cir. Certiorari denied. ■

No. 83–1148. VITTORIO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–1178. AMERICAN AIR PARCEL FORWARDING CO., LTD., ET AL. *v.* UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 83–1182. ENSIGN-BICKFORD CO. *v.* OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 83–1184. TENNESSEE WATER QUALITY CONTROL BOARD ET AL. *v.* TENNESSEE VALLEY AUTHORITY. C. A. 6th Cir. Certiorari denied.

No. 83–1191. GRAZIANO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–1198. STONE BOAT YARD *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. ■

No. 83–1201. TODD SHIPYARDS CORP. ET AL. *v.* BLACK ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–1226. GARRETT *v.* UNITED STATES; and
No. 83–1227. MOORE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 716 F. 2d 257.

No. 83–1255. HACKER *v.* FIFTH THIRD BANK. C. A. 6th Cir. Certiorari denied.

No. 83–1263. CONWAY *v.* CONSOLIDATED RAIL CORPORATION. C. A. 1st Cir. Certiorari denied.

No. 83–1353. HARLAN *v.* FIRST INTERSTATE BANK OF UTAH. Sup. Ct. Utah. Certiorari denied.